UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY RICHARD QUAIR, SR.,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF SUPERVISORS, et al.,<br><br>Respondent. | No. 1:19-cv-00902-SKO (PC)<br><br>**ORDER CONSTRUING MISCELLANEOUS MOTION AS MOTION TO SUPPLEMENT COMPLAINT (Doc. No. 6)**<br><br>**ORDER GRANTING MOTION TO SUPPLEMENT** |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights complaint pursuant to 42 U.S.C. § 1983. The complaint is currently awaiting screening by the Court.

On September 9, 2019, Plaintiff filed a motion entitled "Notice of Motion of Motion of [Sic] Two Telemate Pin No. 505325 and 707070." Plaintiff states that when he filed his complaint, he had one Telemate electronic filing pin. He states that Kings County Jail assigned him a second pin since the time he filed his complaint. He states the two pins are relevant to the Court's investigation into his complaints, and his motion seeks to add the second pin to the complaint.

Pursuant to Rule 15(d), "the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the

1

date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). Here, Plaintiff seeks to supplement his complaint with additional new information that developed after the filing of the original complaint. The Court finds good cause to grant Plaintiff's motion. The Court, however, offers no opinion as to the relevance of the additional information.

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's miscellaneous motion is CONSTRUED as a motion to supplement the original complaint; and
2) Petitioner's motion to supplement the original complaint with additional information is GRANTED.

IT IS SO ORDERED.

Dated: **September 12, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE